UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YE TIONG TAM LIM (A-Number: 205-945-482),

     Petitioner,

  v.

CURRENT OR ACTING SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

     Respondents.

No.  1:26-cv-01140-KES-EPG (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER, AND DIRECTING CLERK OF COURT TO CLOSE CASE

Docs. 1, 19

   Petitioner Ye Tiong Tam Lim is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On June 17, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release.  Doc. 19. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On June 30, 2026, respondents filed a one-sentence objection, objecting "for the reasons stated in [their] prior pleadings."  Doc. 21.

   In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having

1

carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1.  The findings and recommendations issued on June 17, 2026, Doc. 19, are ADOPTED in full.

2.  The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3.  Respondents are ORDERED to release petitioner Ye Tion Tam Lim (A-Number: 205-945-482) immediately under the conditions of his most recent order of supervision.

4.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless there are material changed circumstances and a neutral decisionmaker determines that there is a significant likelihood of petitioner's removal in the reasonably foreseeable future, or respondents demonstrate by clear and convincing at a pre-deprivation bond hearing before a neutral decisionmaker that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

5.  Respondents are ENJOINED AND RESTRAINED from effectuating petitioner's removal to a country other than Taiwan or the Philippines unless respondents adhere to the following procedures:

    a.  Provide petitioner and his counsel a minimum of fourteen (14) days to raise a fear-based claim for protection prior to removal; and

    b.  if petitioner does assert a fear-based claim for relief from removal, respondents must provide petitioner a meaningful opportunity to be heard on his fear-based claim before an immigration judge in compliance with due process.

6.  Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.

///

///

///

2

7. The Clerk is directed to serve California City Detention Center with a copy of this Order.

8. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:    July 1, 2026

_____
UNITED STATES DISTRICT JUDGE

3